# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHANIE BARDEAU-MARSE

VERSUS

AARON DELATORRE

NO.   2019 CW 1157

**FEBRUARY 10, 2020**

---

In Re:    Stephanie   Bardeau-Marse,   applying   for   rehearing,
          Family  Court  in  and  for  the  Parish  of  East  Baton
          Rouge, No. 214632.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **APPLICATION FOR REHEARING DENIED.**   See Uniform Rules of
Louisiana Courts of Appeal, Rule 2-18.7.

                        **VGW**
                        **JMG**
                        **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.